IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02563-RPM

JETAWAY AVIATION, LLC, a Colorado Limited Liability Company,

        Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTROSE,
  COLORADO;
MONTROSE COUNTY BUILDING AUTHORITY, a Colorado Nonprofit Corporation;
JET CENTER PARTNERS, LLC, a Colorado Limited Liability Company;
BLACK CANYON JET CENTER LLC, a Colorado Limited Liability Company;
WILLIAM PATTERSON;
KEVIN EGAN; and
JAMES RUMBLE,

        Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

        Pursuant to D.C.COLO.LCivR 16, it is

        ORDERED that a scheduling conference will be held on **April 16, 2008, at 10:30**

**a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse,

1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions

for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures)

and use the format provided with those instructions (Rev. 1/08).  The proposed order

(original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on April 10,**

**2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: February 28th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge