IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02563-RPM

JETAWAY AVIATION, LLC, a Colorado Limited Liability Company,

        Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTROSE,
  COLORADO;
MONTROSE COUNTY BUILDING AUTHORITY, a Colorado Nonprofit Corporation;
JET CENTER PARTNERS, LLC, a Colorado Limited Liability Company;
BLACK CANYON JET CENTER LLC, a Colorado Limited Liability Company;
WILLIAM PATTERSON;
KEVIN EGAN; and
JAMES RUMBLE,

        Defendants.
_____

ORDER DENYING NONGOVERNMENTAL DEFENDANTS' MOTION TO DISMISS
_____

On January 22, 2008, defendants Jet Center Partners, LLC, Black Canyon Jet Center, LLC, Kevin Egan and James Rumble (collectively "Nongovernmental Defendants") filed a motion to dismiss the complaint of December 10, 2007, pursuant to Fed.R.Civ.P. 12(b)(6). The basis of the motion is the assertion that the allegations of the complaint as addressed to these defendants all alleged conduct within the immunity from liability under the First Amendment to the United States Constitution, the Noerr-Pennington Doctrine and Parker governmental immunity. The defendants also assert the insufficiency of the factual allegations under the Supreme Court's opinion in *Bell Atlantic Corp. V. Twombly,* 127 S.Ct. 1955, l965-66 (2007).

1

The plaintiff filed a brief in opposition to the motion to dismiss on February 12, 2008, containing factual allegations and attaching exhibits. While it is procedurally inappropriate to supplement the allegations of a complaint in this manner, the plaintiff's brief is well within the spirit and purpose of the *Twombly* opinion which stressed the importance of a threshold evaluation of litigation before proceeding with extensive discovery to be fair to defendants, recognizing the costs of conducting litigation as it is presently practiced. The moving defendants objected to this supplementation in their reply filed February 27, 2008.

Despite the procedural objections, the Court has considered the sufficiency of the complaint in light of the plaintiff's brief and the answers filed by the other defendants. The plaintiff is not attacking the validity of the FBO agreement with JCP. The allegations are that the actions of the defendants, taken together, have, in effect, made it an exclusive agreement, contrary to law and injuring competition. The plaintiff has made a sufficient showing of potential liability on its claims for relief to warrant proceeding with this litigation against all defendants. It is therefore

ORDERED that the motion to dismiss is denied.

DATED: February 28th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge