**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                June 20, 2008
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 07-cv-02563-RPM

JETAWAY AVIATION, LLC.,                          Mark E. Haynes
                                                 Stefania C. Scott

          Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS               B. Lawrence Theis
OF THE COUNTY OF MONTROSE, COLORADO,            Bobee J. Musgrave
MONTROSE COUNTY BUILDING AUTHORITY,
JET CENTER PARTNERS, LLC.,                      Tucker K. Trautman
BLACK CANYON JET CENTER LLC.,
WILLIAM PATTERSON,                              Robert E. Youle
KEVIN EGAN and
JAMES RUMBLE,

          Defendants.

_____

**COURTROOM MINUTES**
_____

**Second Scheduling Conference**

**1:55 a.m.        Court in session.**

Court's preliminary remarks.

2:00 p.m.        Mr. Haynes states plaintiff opposes the motion to stay [44].

Argument by Mr. Haynes.

2:11 p.m.        Argument by Ms. Musgrave.
2:15 p.m.        Argument by Mr. Trautman.

**ORDERED:      Discovery limited to defendant County's expert as stated on record.
                Motion for Stay, filed June 19, 2008 [44], is granted with the exception of
                the Court's limited discovery ruling as stated on record.
                Motion for Clarification of Court's April 10, 2008 Order, filed June 10, 2008
                [41], is moot.**

**2:17 p.m.        Court in recess.**

Hearing concluded.  Total time:   22min.