IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              September 18, 2008
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-02563-RPM

| | |
|---|---|
| JETAWAY AVIATION, LLC., | Mark E. Haynes |
| Plaintiff, | |
| v. | |
| THE BOARD OF COUNTY COMMISSIONERS | B. Lawrence Theis |
| OF THE COUNTY OF MONTROSE, COLORADO, | |
| MONTROSE COUNTY BUILDING AUTHORITY, | |
| JET CENTER PARTNERS, LLC., | Tucker K. Trautman |
| BLACK CANYON JET CENTER LLC., | |
| WILLIAM PATTERSON, | Robert E. Youle |
| KEVIN EGAN and | |
| JAMES RUMBLE, | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion**

**1:30 p.m.     Court in session.**

Court's preliminary remarks.

| | |
|---|---|
| 1:38 p.m. | Argument by Mr. Haynes. |
| 1:50 p.m. | Argument by Mr. Theis. |
| 1:57 p.m. | Statements by Mr. Brian Magoon. |
| 2:04 p.m. | Further argument by Mr. Theis. |
| 2:06 p.m. | Rebuttal argument by Mr. Haynes. |

**ORDERED:   Plaintiff's Motion to Lift Stay of Proceedings or in the Alternative Motion for Clarification, filed July 11, 2008 [47], is denied.**

Court returns ALP maps to Mr. Theis.

**2:12 p.m.     Court in recess.**     Hearing concluded.  Total time: 42 min.