IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02563-RPM

JETAWAY AVIATION, LLC, a Colorado Limited Liability Company,

       Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTROSE, COLORADO;
MONTROSE COUNTY BUILDING AUTHORITY, a Colorado Nonprofit Corporation;
JET CENTER PARTNERS, LLC, a Colorado Limited Liability Company;
BLACK CANYON JET CENTER LLC, a Colorado Limited Liability Company;
WILLIAM PATTERSON;
KEVIN EGAN; and
JAMES RUMBLE,

       Defendants.
_____

### ORDER DENYING COUNTY DEFENDANTS' MOTION TO STRIKE OR SEAL
_____

On August 30, 2010, the Defendants' Board of County Commissioners of the County of Montrose and the Montrose County Building Authority's Motion to Strike Plaintiff's Motion for Clarification, Including the Exhibits Thereto, or in the Alternative, to Cause Said Motion and Exhibits to be Filed Under Seal and Motion for Sanctions, the plaintiff responded on August 31, 2010 and the moving defendants filed a reply today. Upon review of these pleadings it is

ORDERED that the motion is denied in all respects. The plaintiff's motion for clarification or amendment of order, filed August 27, 2010, will be set for hearing when time is available.

DATED: September 1st, 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge