**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                          December 22, 2010
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 07-cv-02563-RPM

JETAWAY AVIATION, LLC.,                                    Mark E. Haynes

        Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS           Meridith A. Johnston
OF THE COUNTY OF MONTROSE, COLORADO,
MONTROSE COUNTY BUILDING AUTHORITY,
JET CENTER PARTNERS, LLC.,                                Elizabeth L. Harris
BLACK CANYON JET CENTER LLC.,
WILLIAM PATTERSON,                                          Robert E. Youle
KEVIN EGAN and
JAMES RUMBLE,

        Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing on Joint Motion to Lift Stay**

**11:27 a.m.        Court in session.**

Court's preliminary remarks.

Mr. Haynes informs the Court regarding the status of depositions and state court litigation.
Mr. Haynes states plaintiff has no objections to the Court lifting the discovery stay.

11:36 a.m.        Argument by Mr. Youle.

Mr. Youle states he would like to notice the plaintiff for a 30(b)(6) deposition and to serve a
document request to plaintiff prior to the deposition of Mr. Scott.

Ms. Johnston and Ms. Harris state they have no comment.

**ORDERED:     Joint Motion to Lift Stay and for Forthwith Scheduling Conference, filed
                        October 8, 2010 [115], is granted and a scheduling conference is set for
                        January 10, 2011 at 2:00 p.m.  Counsel shall submit a proposed scheduling
                        order in paper directly to chambers by 4:00 p.m. January 5, 2011.**

**11:48 a.m.        Court in recess.**

Hearing concluded.  Total time: 21  min.