IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02563-RPM

JETAWAY AVIATION, LLC, a Colorado Limited Liability Company,

        Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTROSE,
COLORADO;
MONTROSE COUNTY BUILDING AUTHORITY, a Colorado Nonprofit Corporation;
JET CENTER PARTNERS, LLC, a Colorado Limited Liability Company;
BLACK CANYON JET CENTER LLC, a Colorado Limited Liability Company;
WILLIAM PATTERSON;
KEVIN EGAN; and
JAMES RUMBLE,

        Defendants.

_____

ORDER SETTING PRETRIAL CONFERENCE, TRIAL DATE, AND DEADLINE FOR
SUBMITTING PROPOSED SCHEDULING ORDER
_____

Pursuant to the hearing today, it is

ORDERED that counsel shall submit a revised proposed scheduling in paper form,

directly to chambers by **4:00 p.m. on January 14, 2011 ,** and it is

FURTHER ORDERED that pretrial conference is scheduled for **September 16, 2011, at**

**2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823

Stout Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for

Preparation  and  Submission  of  Final  Pretrial  Order  which  may  be  found  at

**www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall

be delivered in paper form directly to chambers by **4:00 p.m.** on **September 8, 2011.**   The

conference is conducted with lead counsel present in person.   No parties or representatives of

parties will be permitted to attend.   It is

FURTHER ORDERED that this matter is set for trial to jury on **October 17, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED:   January 10th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge