IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02563-RPM

JETAWAY AVIATION, LLC, a Colorado Limited Liability Company,

        Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTROSE, COLORADO;
MONTROSE COUNTY BUILDING AUTHORITY, a Colorado Nonprofit Corporation;
JET CENTER PARTNERS, LLC, a Colorado Limited Liability Company;
BLACK CANYON JET CENTER LLC, a Colorado Limited Liability Company;
WILLIAM PATTERSON;
KEVIN EGAN; and
JAMES RUMBLE,

        Defendants.
_____

ORDER GRANTING MOTION FOR LEAVE NOT TO APPEAR AT HEARING
_____

Upon review of Defendants Board of County Commissioners of the County of Montrose and the Montrose County Building Authority's (collectively, "the County") Motion for Leave to Not Appear at Hearing Set for February 9, 2011, [139] filed February 7, 2011, it is

ORDERED that the County is excused from having counsel appear before this Court for the hearing set for 3:30 P.M. on February 9, 2011.

DATED:   February 8, 2011

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge