IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02563-RPM

JETAWAY AVIATION, LLC, a Colorado Limited Liability Company,

        Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTROSE, COLORADO;
MONTROSE COUNTY BUILDING AUTHORITY, a Colorado Nonprofit Corporation;
JET CENTER PARTNERS, LLC, a Colorado Limited Liability Company;
BLACK CANYON JET CENTER LLC, a Colorado Limited Liability Company;
WILLIAM PATTERSON;
KEVIN EGAN; and
JAMES RUMBLE,

        Defendants.

---

ORDER ON MOTION FOR CLARIFICATION

---

        On February 11, 2011, the plaintiff filed a motion for clarification regarding the time for response to Kevin Egan's discovery requests. The court order entered on February 3, 2011, [Doc. 38] extended that time to February 14, 2011, even though the plaintiff's motion asked for time to and including March 9, 2011. The defendants objected to any additional time in their opposition, filed February 11, 2011. Because the time extended by the earlier order has expired and because the requested delay will, in turn, delay other discovery in the case, it is now

        ORDERED that the time for response to the Kevin Egan discovery requests is extended to and including February 22, 2011.

        Dated: February 17th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
   .                            Richard P. Matsch, Senior District Judge