**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:               August 16, 2011
Courtroom Deputy:   J. Chris Smith
FTR Technician:     Kathy Terasaki

---

Civil Action No. 07-cv-02563-RPM

| | |
|---|---|
| JETAWAY AVIATION, LLC., | Mark E. Haynes |
| | Kelly A. Bergelt |
| Plaintiff, | Thomas J. Byrne |
| v. | |
| THE BOARD OF COUNTY COMMISSIONERS | Bobbee J. Musgrave |
| OF THE COUNTY OF MONTROSE, COLORADO, | |
| MONTROSE COUNTY BUILDING AUTHORITY, | |
| JET CENTER PARTNERS, LLC., | Kathryn A. Reilly |
| BLACK CANYON JET CENTER LLC., | |
| WILLIAM PATTERSON, | Robert E. Youle |
| KEVIN EGAN and | |
| JAMES RUMBLE, | |
| Defendants. | |

---

### COURTROOM MINUTES
---

**Hearing on Pending Motions**

**10:00 a.m.**      **Court in session.**

Steve Stuhmer present.

Court states counsel of its view of the case.

| | |
|---|---|
| 10:13 a.m. | Argument by Mr. Haynes. |
| 10:39 a.m. | Argument by Ms. Musgrave. |
| 10:58 a.m. | Argument by Mr. Youle. |
| 11:07 a.m. | Argument by Ms. Reilly. |
| 11:11 a.m. | Further argument by Mr. Haynes. |

**ORDERED:    October 17, 2011 jury trial is vacated due to the filing of the motion for summary judgment [207].**

11:20 a.m.      Argument by Mr. Haynes (protective order).

August 16, 2011
07-cv-02563-RPM

**Court instructs counsel to comply with Local Rule 7.2 with respect to filing documents under seal.**

**ORDERED:**   **Defendants' brief due August 31. 2011 re: [207].**
**Plaintiff's response due September 30, 2011.**
**Defendants' reply due October 20, 2011.**

**ORDERED:**   **Motion for Protective Order, filed 4/25/2011 [153], is denied.**

**Defendant Jet Center Partners, LLC's Motion for Protective Order, filed 5/10/2011 [157], is denied.**

**Defendant Jet Center Partners, LLC's Motion to Compel and Request for Sanctions, filed 5/20/2011 [159], is denied.**

**Defendant Jet Center Partners, LLC's Motion to Quash Subpoenas, filed 6/24/2011 [169], is denied.**

**JetAway's Motion to Amend Scheduling Order, filed 7/11/2011 [173], is denied.**

**Supplemental Motion for Extension of Time to File Five Expert Reports, filed 7/14/2011 [175], is denied**.

**Motion to Strike Expert Witness Designation, Report and Testimony of Gregory Feith, filed 7/22/2011 [182], is denied.**

**Motion to Strike Expert Witness Designation, Report and Testimony of Carl Steinhauer, filed 7/22/2011 [183], is denied.**

**Motion to Strike Expert Witness Designation, Report and Testimony of Charlotte Bryan, filed 7/22/2011[184], is denied.**

**Motion to Strike Expert Witness Designation, Report and Testimony of Mark Koester, filed 7/22/2011[185], is denied.**

**Joint Stipulated Motion to Amend Scheduling Order, filed 8/4/2011 [199], is denied.**

**Motion to Amend Scheduling Order to Extend Deadline for Experts, filed 8/4/2011 [200], is denied.**

**Plaintiff Jetaway Aviation, LlC's Motion to Compel Defendants Jet Center Partners, LLC and Kevin Egan to Produce Non-Privileged Documents, filed 8/15/2011 [206], is denied.**

**11:25 a.m.**   **Court in recess.**   Hearing concluded. Total time: 1 hr. 25 min.