IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02563-RPM

JETAWAY AVIATION, LLC, a Colorado Limited Liability Company,

   Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTROSE, COLORADO;
MONTROSE COUNTY BUILDING AUTHORITY, a Colorado Nonprofit Corporation;
JET CENTER PARTNERS, LLC, a Colorado Limited Liability Company;
BLACK CANYON JET CENTER LLC, a Colorado Limited Liability Company;
WILLIAM PATTERSON;
KEVIN EGAN; and
JAMES RUMBLE,

   Defendants.

---

ORDER DENYING DEFENDANTS' JOINT MOTION TO AMEND SCHEDULING ORDER AND TO COMPEL DEPOSITIONS

---

  On consideration of the motion filed by defendants on August 16, 2011, designated Defendants' Joint Emergency Motion to Amend Scheduling Order, and to Compel the Rule 30(b)(6) Deposition of Jetaway Aviation, LLC and the Individual Deposition of Stephen Stuhmer [209] and at the hearing held on August 16, 2011, the Court asked counsel for the defendants if they had sufficient information to support the motion for summary judgment, filed on August 15, 2011, to which an affirmative answer was given and because the stated purpose of the defendants' effort to proceed with the depositions of Stephen Stuhmer and the Rule 30(b)(6) deposition of the plaintiff is to learn the factual basis for the plaintiff's claims in this case and because whatever factual basis the plaintiff has for these claims will be the subject of the plaintiff's response to the defendants' motion for summary judgment, it is

ORDERED that the motion is denied and discovery in this matter is closed.

Dated: August 17th, 2011

          BY THE COURT:

          s/Richard P. Matsch

.         _____
          Richard P. Matsch, Senior District Judge