**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              February 17, 2012
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-02563-RPM

| | |
|---|---|
| JETAWAY AVIATION, LLC., | Mark E. Haynes |
| | Kelly A. Duke |
| Plaintiff, | Thomas J. Byrne |
| | Benjamin Larson |
| v. | |
| THE BOARD OF COUNTY COMMISSIONERS | Bobbee J. Musgrave |
| OF THE COUNTY OF MONTROSE, COLORADO, | |
| MONTROSE COUNTY BUILDING AUTHORITY, | |
| JET CENTER PARTNERS, LLC., | Kathryn A. Reilly |
| BLACK CANYON JET CENTER LLC., | |
| WILLIAM PATTERSON, | Robert E. Youle |
| KEVIN EGAN and | Brian G. Eberle |
| JAMES RUMBLE, | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**2:00 p.m.        Court in session.**

Plaintiff's client representative Steve Stuhmer present.

Court's preliminary remarks.

Ms. Reilly and Mr. Haynes stipulate that defendant Black Canyon Jet Center, LLC is no longer in existence as long as no effect on plaintiff's claims.

**Court states it will consider defendants' combined motion for summary judgment as separate individual motions [207].**

Mr. Haynes answers questions asked by the Court (relief against county, building authority seeking damages, request second on-site facility).

February 17, 2012
07-cv-02563-RPM

2:12 p.m.        Argument by Ms. Musgrave [207], [216],[218], [234] and [235].

In response to Court's questions, Ms. Musgrave states the Colorado Court of Appeals has affirmed the June 30 and February 8 rulings and the July 6 ruling is currently under appeal (issue- Jetaway's access denial).

2:43 p.m.        Argument by Mr. Youle [207], [215], and [233].
2:58 p.m.        Argument by Ms. Reilly [207], [217] and [232].
3:09 p.m.        Argument by Mr. Haynes [207], [216], [222], [223], [224], [225], [226], [227] and [228].

Mr. Haynes agrees to provide the complete deposition transcripts of David White and Kevin Scott.

Exhibit 85 submitted.

4:05 p.m.        Rebuttal argument by Mr. Youle.
4:14 p.m.        Rebuttal by Ms. Musgrave.
4:19 p.m.        Rebuttal argument by Ms. Reilly.
4:20 p.m.        Further argument by Mr. Haynes.

Statement by Ms. Musgrave.
Statement by Mr. Haynes.

**ORDERED:**   **Defendants' Motion for Summary Judgment [207].**

**Board of County Commissioners' Motion for Summary Judgment is taken under advisement.**
**Jet Center Partners, LLC's Motion for Summary Judgment is taken under advisement.**
**Kevin Egan's Motion for Summary Judgment is taken under advisement.**
**James Rumble's Motion for Summary Judgment is taken under advisement.**
**William Patterson's Motion for Summary Judgment is taken advisement.**

**ORDERED:**   **Defendant Montrose County Building Authority's Motion for Summary Judgment [216], is taken under advisement.**

**4:30 p.m.**    **Court in recess.**    Hearing concluded. Total time:  2 hrs.  30  min.