IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02563-RPM

JETAWAY AVIATION, LLC, a Colorado Limited Liability Company,

        Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTROSE, COLORADO;
MONTROSE COUNTY BUILDING AUTHORITY, a Colorado Nonprofit Corporation;
JET CENTER PARTNERS, LLC, a Colorado Limited Liability Company;
BLACK CANYON JET CENTER, LLC., a Colorado Limited Liability Company;
WILLIAM PATTERSON;
KEVIN EGAN; and
JAMES RUMBLE,

        Defendants.
_____

ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF SUPERSEDEAS BONDS AND TO STAY EXECUTION OF COSTS JUDGMENTS PENDING APPEAL
_____

        The Court having reviewed Plaintiff JetAway Aviation, LLC's Unopposed Motion For Approval of Supersedeas Bonds and to Stay Execution of Costs Judgments Pending Appeal, and being fully advised, the Court hereby GRANTS Plaintiff's Motion.

        Plaintiff JetAway Aviation, LLC's supersedeas cash bond in the amount of $6,977.09 for the benefit of Defendants Jet Center Partners, LLC, Black Canyon Jet Center, LLC, Kevin Egan and James Rumble (collectively, the "JCP Defendants") and its cash bond in the amount of $15,439.35 for the benefit of Defendants The Board of County Commissioners of the County of Montrose and the Montrose County Building Authority (collectively, the "County Defendants") are hereby approved. Execution or

enforcement of the JCP Defendants' and County Defendants' costs judgments [Doc Nos. 267 and 268] is hereby stayed until further order of this Court.

DATED: May 24th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge